Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name** _____

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names
   
   _____
   _____
   _____
   _____
   _____

3. **Debtor's federal Employer Identification Number** (EIN)   __ __ – __ __ __ __ __ __ __

4. **Debtor's address**

   | **Principal place of business** | **Mailing address, if different from principal place of business** |
   |---|---|
   | _____<br>Number    Street | _____<br>Number    Street |
   | _____ | _____<br>P.O. Box |
   | _____<br>City          State    ZIP Code | _____<br>City          State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | _____<br>County | _____<br>Number    Street |
   | | _____ |
   | | _____<br>City          State    ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**
   
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor _____  Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❑ Railroad (as defined in 11 U.S.C. § 101(44))
❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))
❑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)
❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑ Chapter 7
❑ Chapter 9
❑ Chapter 11. *Check all that apply*:

    ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ❑ A plan is being filed with this petition.

    ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

❑ No
❑ Yes. District _____ When _____ Case number _____
                                                    MM / DD / YYYY
           District _____ When _____ Case number _____
                                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

❑ No
❑ Yes. Debtor _____ Relationship _____
           District _____ When _____
                                                                       MM / DD / YYYY
           Case number, if known _____

Debtor _____  Case number (*if known*)_____
      Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

❏ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

❏ No
❏ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

❏ It needs to be physically secured or protected from the weather.

❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❏ Other _____

**Where is the property?** _____
        Number     Street

_____
_____  _____  _____
City                                 State     ZIP Code

**Is the property insured?**
❏ No
❏ Yes. Insurance agency _____
        Contact name  _____
        Phone  _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

❏ Funds will be available for distribution to unsecured creditors.
❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ❏ 1-49 | ❏ 1,000-5,000 | ❏ 25,001-50,000 |
| ❏ 50-99 | ❏ 5,001-10,000 | ❏ 50,001-100,000 |
| ❏ 100-199 | ❏ 10,001-25,000 | ❏ More than 100,000 |
| ❏ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ❏ $0-$50,000 | ❏ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
| ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

| Debtor | _____ | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ❑ $0-$50,000
- ❑ $50,001-$100,000
- ❑ $100,001-$500,000
- ❑ $500,001-$1 million
- ❑ $1,000,001-$10 million
- ❑ $10,000,001-$50 million
- ❑ $50,000,001-$100 million
- ❑ $100,000,001-$500 million
- ❑ $500,000,001-$1 billion
- ❑ $1,000,000,001-$10 billion
- ❑ $10,000,000,001-$50 billion
- ❑ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ❑ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ❑ I have been authorized to file this petition on behalf of the debtor.
- ❑ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

✗ _____
Signature of authorized representative of debtor

_____
Printed name

Title _____ Holding Company, LLC

**18. Signature of attorney**

✗ _____
Signature of attorney for debtor

Date _____
MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____
City

_____  _____
State    ZIP Code

_____
Contact phone

_____
Email address

_____  _____
Bar number    State

# Resolution of
## CallSocket Holding Company, LLC

I, Thomas M. Henderson, declare under penalty of perjury that my company San Francisco Regional Center, LLC, is 80 percent owner and managing member of CallSocket Holding, LLC, which is limited liability company is the general partner of CallSocket Holding. (the "Limited Liability Corporation"), and that on October 26, 2016, the following resolution was duly adopted by the Limited Liability Corporation:

"Whereas, it is in the best interest of the Limited Liability Corporation to file a voluntary petition for relief in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

"Be It Therefore Resolved, that Thomas M. Henderson is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Limited Liability Corporation; and

"Be It Further Resolved, that Thomas M. Henderson is further authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Partnership and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Corporation in connection with such bankruptcy case, and

"Be It Further Resolved, that Thomas M. Henderson is authorized and directed to employ attorney Christopher Hart, SBN# 184117, Greg Nuti, SBN 151754 and the law firm of Nuti-Hart,LLP., to represent the Limited Partnership in such bankruptcy case."

Date: October 27, 2016

Thomas M. Henderson,
Authorized Individual