Christopher H. Hart (SBN 184117)
Kevin W. Coleman (SBN 168538)
Gregory C. Nuti (SBN 151754)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: chart@nutihart.com
  kcoleman@nutihart.com
  gnuti@nutihart.com

[Proposed] Attorneys for Debtor,
CALLSOCKET HOLDING COMPANY, LLC

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>CALLSOCKET HOLDING COMPANY, LLC,<br><br>Debtor. | Case No.: 16-43013 WJL<br><br>Chapter 11<br><br>**NOTICE OF RELATED CASES IN A BANKRUPTCY CASE** |

**PLEASE TAKE NOTICE:**

Pursuant to Local Rule 1015-1, this case is related to the case In re CallSocket II, L.P., (Case No. 16-42823 RLE) filed in this court on October 10, 2016.

Dated: October 27, 2016

**NUTI HART LLP**

By: */s/ Christopher H. Hart*
  Christopher H. Hart
  Proposed Attorneys for CallSocket Holding Company, LLC